```
1  Lawrence P. Riff (SBN 104826)
   lriff@steptoe.com
2  Lynn R. Levitan (SBN 176737)
   llevitan@steptoe.com
3  STEPTOE & JOHNSON LLP
   633 W 5th Street, Suite 700
4  Los Angeles, CA  90071
   Telephone:  (213) 439-9400
5  Facsimile:   (213) 439-9599

6  Attorneys for Defendant FIDELITY AND
   DEPOSIT COMPANY OF MARYLAND
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendant. | Case No.: No. 08 CV0038 JAH BLM<br><br>*Assigned to Hon. John A. Houston*<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT FIDELITY AND DEPOSIT CORPORATION OF MARYLAND TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 12.1**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |

PLAINTIFF LPL FINANCIAL CORPORATION FORMERLY KNOWN AS LINSCO/PRIVATE LEDGER CORPORATION ("LPL") and DEFENDANT FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("F&D")(collectively referred to herein as the "Parties") hereby stipulate to extend the time for Fidelity to respond to the Complaint in this matter for an additional thirty (30) days pursuant to Local Rule 12.1.

1   The Complaint in this matter was filed on January 7, 2008 and served upon
2   counsel for F&D by Waiver of Service of Summons dated February 28, 2008
3   which allowed F&D sixty (60) days to respond to the Complaint. Therefore,
4   F&D's response to the Complaint is currently due April 28, 2008.

5   Good cause exists for this brief extension of time for F&D to respond to the
6   Complaint. The Parties have been in discussions to determine whether this dispute
7   can be resolved or the areas of disagreement narrowed. These discussions are
8   continuing and the parties desire additional time to bring these discussions to
9   conclusion.

10   Therefore, the Parties jointly request that this Court extend the deadline for
11   F&D to respond to the Complaint to May 28, 2008.

Respectfully submitted,

DATED: April 21, 2008          STEPTOE & JOHNSON LLP

　　　　　　　　　　　　　　　　/s/ Lynn R. Levitan
　　　　　　　　　　　　　　　Lawrence P. Riff
　　　　　　　　　　　　　　　Lynn R. Levitan
　　　　　　　　　　　　　　　Attorneys for Defendant FIDELITY AND
　　　　　　　　　　　　　　　DEPOSIT COMPANY OF MARYLAND

DATED: April 21, 2008          MANATT, PHELPS & PHILLIPS

　　　　　　　　　　　　　　　　/s/ Amy B. Briggs
　　　　　　　　　　　　　　　Robert A. Zeavin
　　　　　　　　　　　　　　　Amy B. Briggs
　　　　　　　　　　　　　　　Attorneys for Plaintiff LPL FINANCIAL
　　　　　　　　　　　　　　　CORPORATION FORMERLY KNOWN
　　　　　　　　　　　　　　　AS LINSCO/PRIVATE LEDGER
　　　　　　　　　　　　　　　CORPORATION