UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP.,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>    Defendant. | Case No.: No. 08 CV0038 JAH BLM<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT FIDELITY AND DEPOSIT CORPORATION OF MARYLAND TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 12.1** |

Good cause having been shown IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Time for Defendant Fidelity and Deposit Corporation of Maryland to Respond to the Complaint Pursuant to Local Rule 12.1 is GRANTED. Accordingly, IT IS ORDERED that:

Defendant FIDELITY AND DEPOSIT COMPANY OF MARYLAND has an additional thirty (30) days to respond to the Complaint making the date by which FIDELITY AND DEPOSIT COMPANY OF MARYLAND must respond, May 28, 2008.

DATED: April 21, 2008

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE