# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP,<br><br>            Plaintiff,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>            Defendant. | Case No. 08cv0038-JAH (BLM)<br><br>**ORDER GRANTING REQUEST TO EXCUSE LEAD TRIAL COUNSEL FROM ATTENDING EARLY NEUTRAL EVALUATION CONFERENCE** |

By letter dated July 1, 2008, LPL Financial Corporation requests that trial counsel, Robert Zeavin, be excused from attending the July 7, 2008 Early Neutral Evaluation Conference because he will be in trial on another matter at that time. Plaintiff represents that co-counsel, Amy Briggs, will be in attendance and familiar with all legal issues as well as the status of settlement negotiations to date.

Good cause appearing, Plaintiff's request is **GRANTED**.

**IT IS SO ORDERED.**

DATED: July 2, 2008

BARBARA L. MAJOR
United States Magistrate Judge

08cv0038-JAH (BLM)

1  COPY TO:

2  HONORABLE JOHN A. HOUSTON
   U.S. DISTRICT JUDGE
3
   ALL COUNSEL
4