Lawrence P. Riff (SBN 104826)
lriff@steptoe.com
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant FIDELITY AND DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. | Case No.: 08CV0038 JAH BLM <br><br> *Assigned to Hon. John A. Houston* <br><br> **RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT FIDELITY AND DEPOSIT COMPANY OF MARYLAND** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fidelity and Deposit Company of Maryland ("F&D") submits this disclosure statement:

F&D is a wholly owned subsidiary of Zurich American Insurance Company. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc. Zurich Holding Company of America, Inc. is owned 99.87% by Zurich Insurance Company. Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding. Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services. Allied

1

Zurich p.l.c is a wholly owned subsidiary of Zurich Financial Services. Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange.

    Contemporaneous with the filing of this Rule 7.1 Disclosure Statement, F&D files its Notice of Party with Financial Interest.

Dated: July 2nd, 2008

Respectfully submitted,

STEPTOE & JOHNSON LLP

_____/s/_____
Lawrence P. Riff
Lynn R. Levitan
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071

Antonia B. Ianniello
(admitted *pro hac vice*)
Paul Janaskie
(admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Attorneys for Defendant
FIDELITY AND DEPOSIT
COMPANY OF MARYLAND

RULE 7.1 DISCLOSURE STATEMENT FOR FIDELITY AND DEPOSIT COMPANY OF MARYLAND
Case No. 08CV0038 JAH BLM

## **CERTIFICATE OF SERVICE**

I hereby certify that on July2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amy B. Briggs, Esq.

At Los Angeles, California, this 2nd day of July 2008.

STEPTOE & JOHNSON LLP

/s/
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599