Lawrence P. Riff (SBN 104826)
lriff@steptoe.com
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant FIDELITY AND
DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendant. | Case No.: 08CV0038 JAH BLM<br><br>*Assigned to Hon. John A. Houston*<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Rule 40.2 of the Court's Local Rules, Defendant Fidelity and Deposit Company of Maryland ("F&D") states that it is a nongovernmental corporate party with a direct, financial interest in the outcome of this case.

1

NOTICE OF PARTY WITH FINANCIAL INTEREST
Case No. 08CV0038 JAH BLM

Contemporaneous with the filing of this Notice of Party with Financial Interest, F&D also files its Rule 7.1 Disclosure Statement.

Dated: July 2, 2008

Respectfully submitted,

STEPTOE & JOHNSON LLP

_____/s/_____
Lawrence P. Riff
Lynn R. Levitan
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071

Antonia B. Ianniello
(admitted *pro hac vice*)
Paul Janaskie
(admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Attorneys for Defendant
FIDELITY AND DEPOSIT
COMPANY OF MARYLAND

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amy B. Briggs, Esq.

At Los Angeles, California, this 2nd day of July 2008.

STEPTOE & JOHNSON LLP

_____/s/_____
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599