Lawrence P. Riff (SBN 104826)
lriff@steptoe.com
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant FIDELITY AND
DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. | Case No.: 08CV0038 JAH BLM <br><br> *Assigned to Hon. John A. Houston* <br><br> **RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT FIDELITY AND DEPOSIT COMPANY OF MARYLAND** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fidelity and Deposit Company of Maryland ("F&D") submits this disclosure statement:

F&D is a wholly owned subsidiary of Zurich American Insurance Company. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc. Zurich Holding Company of America, Inc. is owned 99.87% by Zurich Insurance Company. Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding. Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services. Allied

Zurich p.l.c is a wholly owned subsidiary of Zurich Financial Services. Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange.

Contemporaneous with the filing of this Rule 7.1 Disclosure Statement, F&D files its Notice of Party with Financial Interest.

Dated: July 2, 2008

Respectfully submitted,

STEPTOE & JOHNSON LLP

/s/     Lynn R. Levitan
llevitan@steptoe.com
Attorneys for Defendant
FIDELITY AND DEPOSIT
COMPANY OF MARYLAND

Lawrence P. Riff
Lynn R. Levitan
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Antonia B. Ianniello
(admitted *pro hac vice*)
Paul Janaskie
(admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amy B. Briggs, Esq.

At Los Angeles, California, this 2nd day of July 2008.

STEPTOE & JOHNSON LLP

/s/   Lynn R. Levitan
llevitan@steptoe.com
Attorneys for Defendant
FIDELITY AND DEPOSIT COMPANY
OF MARILYN

STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California  90071
Telephone:  (213) 439-9400
Facsimile:   (213) 439-9599