Lawrence P. Riff (SBN 104826)
lriff@steptoe.com
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant FIDELITY AND
DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. | Case No.: 08CV0038 JAH BLM <br><br> *Assigned to Hon. John A. Houston* <br><br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Rule 40.2 of the Court's Local Rules, Defendant Fidelity and Deposit Company of Maryland ("F&D") states that it is a nongovernmental corporate party with a direct, financial interest in the outcome of this case.

Contemporaneous with the filing of this Notice of Party with Financial Interest, F&D also files its Rule 7.1 Disclosure Statement.

Dated: July 2, 2008

Respectfully submitted,

STEPTOE & JOHNSON LLP

/s/   Lynn R. Levitan
llevitan@steptoe.com
Attorneys for Defendant
FIDELITY AND DEPOSIT
COMPANY OF MARYLAND

Lawrence P. Riff
Lynn R. Levitan
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Antonia B. Ianniello
(admitted *pro hac vice*)
Paul Janaskie
(admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

# **CERTIFICATE OF SERVICE**

    I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amy B. Briggs, Esq.

    At Los Angeles, California, this 2nd day of July 2008.

                            STEPTOE & JOHNSON LLP

                            /s/    Lynn R. Levitan
                            llevitan@steptoe.com
                            STEPTOE & JOHNSON LLP
                            633 West Fifth Street, Suite 700
                            Los Angeles, California 90071
                            Telephone: (213) 439-9400
                            Facsimile: (213) 439-9599

NOTICE OF PARTY WITH FINANCIAL INTEREST
Case No. 08CV0038 JAH BLM