●                                    ●     ORIGINAL

1   MANATT, PHELPS & PHILLIPS, LLP
    ROBERT A. ZEAVIN (Bar No. CA 073273)

2   E-mail: RZeavin@manatt.com
    11355 West Olympic Boulevard

3   Los Angeles, CA 90064-1614
    Telephone: (310) 312-4000

4   Facsimile: (310) 312-4224

5   MANATT, PHELPS & PHILLIPS, LLP
    AMY B. BRIGGS (Bar No. CA 194028)

6   E-mail: ABriggs@manatt.com
    KELLY L. KNUDSON (Bar No. CA 244445)

7   E-mail: KKnudson@manatt.com
    One Embarcadero Center, 30th Floor

8   San Francisco, CA 94111-3719
    Telephone:    (415) 291-7400

9   Facsimile:    (415) 291-7474

10  Attorneys for Plaintiff
    LPL FINANCIAL CORPORATION, formerly known as

11  LINCSO/PRIVATE LEDGER CORP.

12

13                    UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF CALIFORNIA

14

15

16  LPL FINANCIAL CORPORATION,            No. 08 CV 0038 JAH BLM
    formerly known as LINCSO/PRIVATE
    LEDGER CORP.,                         NOTICE OF SETTLEMENT AND JOINT

17                                        MOTION TO VACATE JULY 8, 2008
                                          ORDERS

18              Plaintiff,

        vs.

19

    FIDELITY AND DEPOSIT COMPANY

20  OF MARYLAND,

21              Defendant.

22          This is to notify the Court that as of July 16, 2008, the parties in the instant action

23  have reached a settlement in principle. The parties are in the process of documenting the

24  settlement and, when final, this action will be dismissed in its entirety with prejudice.

25  ///

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

FILED

08 JUL 22 AM 9: 53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

NUNC PRO TUNC

JUL 1 8 2008

BY FAX

NOTICE OF SETTLEMENT AND JOINT MOTION TO
VACATE ORDER TO SHOW CAUSE
USDC CASE #08 CV 0038 JAH BLM

1         Both parties made further progress in their settlement negotiations as a result of the

2 Early Neutral Evaluation. As a result, the parties hereby respectfully request and jointly move the

3 Court to vacate its July 8, 2008 Order to Show Cause Why Sanctions Should not Be Imposed.

4         In light of the settlement in principle, the parties further jointly move the Court to

5 vacate its July 8, 2008 Order Following Early Neutral Evaluation Conference and all deadlines

6 associated therewith.

7 Dated:   July 18, 2008            MANATT, PHELPS & PHILLIPS, LLP

8                                  By: _____

9                                   Amy B. Briggs

                                  *Attorneys for Plaintiff*

10                                   LPL FINANCIAL CORPORATION,

                                  FORMERLY KNOWN AS LINCSO/PRIVATE

11                                   LEDGER CORP.

12 Dated:   July 18, 2008            STEPTOE & JOHNSON

13

14                                   By: _____

                                  Paul Janaskie

15                                   *Attorneys for Defendant*

                                  FIDELITY AND DEPOSIT COMPANY OF

16                                   MARYLAND

17

18    IT IS SO ORDERED.

19 Dated: _____

20                                   BARBARA L. MAJOR

                                  United States Magistrate Judge

21

22 90022949.1

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

                    2               NOTICE OF SETTLEMENT AND JOINT MOTION TO
                                            VACATE ORDER TO SHOW CAUSE
                                            USDC CASE #08 CV 0038 JAH BLM