UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINCSO/PRIVATE LEDGER CORP., <br><br> Plaintiff, <br> v. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. | Case No. 08cv0038-JAH (BLM) <br><br> **ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** <br><br> [Doc. No. 18] |

On July 18, 2008, the parties filed a notice of settlement together with a request that the Court vacate the pending dates and deadlines. Doc. No. 20. The Court **GRANTS** the parties' request but notes that the Court's Order to Show Cause was taken under submission on July 16, 2008 [Doc. No. 18] and remains under submission.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **August 21, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing

1 the signed joint motion for dismissal is timely filed, the parties and
2 attorneys are not required to make any further appearances before Judge
3 Major.

4     If the fully executed joint motion for dismissal is not filed by
5 **August 21, 2008**, then all counsel of record and unrepresented parties
6 are required to appear **in person** for a Settlement Disposition
7 Conference. The Settlement Disposition Conference will be held on
8 **August 26, 2008** at **9:00 a.m.** in Courtroom A.

9     If counsel of record or any unrepresented party fails to appear at
10 the Settlement Disposition Conference, or the parties fail to file the
11 signed joint motion for dismissal in a timely manner, the Court will
12 issue an Order to Show Cause why sanctions should not be imposed for
13 failing to comply with this Order.

14     All other pending dates before Magistrate Judge Major are hereby
15 vacated. Any matters currently scheduled before the district judge
16 shall remain in effect pending notice from that court.

17     **IT IS SO ORDERED.**
18 DATED: July 22, 2008

20 BARBARA L. MAJOR
United States Magistrate Judge

23 COPY TO:

24 HONORABLE JOHN A. HOUSTON
U.S. DISTRICT JUDGE

25 ALL COUNSEL

28 Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").