Lawrence P. Riff (SBN 104826)
lriff@steptoe.com
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant FIDELITY AND
DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendant. | Case No.: 08CV0038 JAH BLM<br><br>*Assigned to Hon. John A. Houston*<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff LPL Financial Corporation (herein "LPL"), formerly known as Linsco/Private Ledger Corp., and Defendant Fidelity and Deposit Company of Maryland (herein "F&D") submit this joint motion pursuant to the Court's Order Confirming Settlement and Setting Deadline To File Joint Motion for Dismissal, entered July 22, 2008.

1  LPL and F&D jointly request that the Court dismiss this action with
2  prejudice, each party to bear its own costs and attorneys' fees. The parties have
3  reached a full and final settlement of all matters between them at issue in this
4  action.
5  In accordance with the Court's July 22, 2008 Order, this joint motion is
6  signed by counsel of record and all parties. Contemporaneous with this joint
7  motion, the parties are submitting to the Court a proposed order that dismisses this
8  action with prejudice.
9  Wherefore, each party desires a voluntary resolution of the dispute between
10 it and the other party, and desires an immediate termination of litigation, and
11 accordingly, the parties respectfully request that the Court enter the proposed order
12 that dismisses this action with prejudice.

Counsel of Record for Plaintiff:

*/s/ Amy B. Briggs*

Robert A. Zeavin
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA 90064
(310) 312-4000

Amy B. Briggs
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400

Attorneys for Plaintiff
LPL Financial Corporation
(formerly known as Linsco/Private Ledger Corp.)

Dated: August 7, 2008

1
2     <u>For Plaintiff:</u>
3
4
5
6     David J. Freniere
7     Deputy General Counsel
     LPL Financial Corporation
8     One Beacon Street
     22nd Floor
9
     Boston, MA 02108
10
11     Dated: August 5, 2008
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2                    Counsel of Record for Defendant:
3
4
5                    _____
6                    Antonia B. Janniello
                     Paul Janaskie
7                    Steptoe & Johnson LLP
8                    1330 Connecticut Avenue, NW
                     Washington, DC 20036
9                    (202) 429-3000
10
11                   Lawrence P. Riff
                     Lynn R. Levitan
12                   Steptoe & Johnson LLP
13                   633 West Fifth Street, Suite 700
                     Los Angeles, CA 90071
14                   (213) 439-9400
15
                     Attorneys for Defendant
16                   Fidelity and Deposit Company of Maryland
17
                     Dated: August  8  , 2008
18
19
20
21
22
23
24
25
26
27
28

1
2  <u>For Defendant</u>:
3
4
5
6  Lawrence S. DeVos
   Claims Counsel
7  Zurich
8  Surety & Financial Claims
   P.O. Box 17022
9  3910 Kenswick Road – 5th Floor
10 Baltimore, MD 21297
11
   Dated: August __8__, 2008
12
13
...
28

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing "Joint Motion for Dismissal with Prejudice" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amy B. Briggs, Esq.

At Los Angeles, California, this 8th day of August, 2008.

STEPTOE & JOHNSON LLP

/s/ Lynn R. Levitan
Lynn R. Levitan (SBN 176737)
llevitan@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant FIDELITY AND DEPOSIT COMPANY OF MARYLAND