1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   LPL FINANCIAL CORPORATION,      )  Case No. 08cv0038-JAH (BLM)
     formerly known as               )
12   LINCSO/PRIVATE LEDGER CORP.,     )  **ORDER DECLINING TO IMPOSE**
                                      )  **SANCTIONS AND VACATING**
13                  Plaintiff,        )  **SETTLEMENT DISPOSITION**
     v.                               )  **CONFERENCE**
14                                    )
     FIDELITY AND DEPOSIT COMPANY OF )
15   MARYLAND,                        )
                                      )
16                  Defendant.        )
                                      )
17   ─────────────────────────────── )

18       In light of the parties' joint motion for dismissal of the action

19   with prejudice, this Court declines to impose sanctions on Plaintiff

20   (see July 8, 2008 Order to Show Cause [Doc. No. 16]) and vacates the

21   August 26, 2008 Settlement Disposition Conference.

22       **IT IS SO ORDERED.**

23   DATED:  August 11, 2008

24                                    _____

25                                    BARBARA L. MAJOR
                                      United States Magistrate Judge
26

27

28

COPY TO:

HONORABLE JOHN A. HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL