UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL CORPORATION, formerly known as LINSCO/PRIVATE LEDGER CORP., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. | Case No.: 08CV0038 JAH BLM <br><br> *Assigned to Hon. John A. Houston* <br><br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Having considered the Joint Motion for Dismissal with Prejudice submitted by Plaintiff LPL Financial Corporation (formerly known as Linsco/Private Ledger Corp.) and Defendant Fidelity and Deposit Company of Maryland, and for good cause shown therein, the Court hereby **GRANTS** the Joint Motion for Dismissal with Prejudice, and it is **ORDERED** that this action is hereby dismissed with prejudice. Each party to bears its own costs and attorney fees.

Date: August 11, 2008     _____
                           Hon. John Houston
                           United States District Court Judge